UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No: 3:11-CR-99(01)RM |
| | ) | |
| JAMES A. DIBBLE | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on October 13, 2011 [Doc. No. 17]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant James Dibble's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

SO ORDERED.

ENTERED:  November 3, 2011 

/s/ Robert L. Miller, Jr.
Judge
United States District Court